JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOE MARTINEZ, | No. ED CV 12-00344-ODW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| K. ALLISON, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: October 11, 2012

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE